# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| DARDRIE ROZZELLE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:15-cv-00050-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE, MARIA DELGADILLO, BANITA BROWN, ALLISON STEDMAN, AND ALISON WALSH, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2015 Order.

October 21, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court